**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-90A** **DATE: June 22, 2005**

**TITLE: USA v. Juan Arache**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Zech Chafee, AUSA
Tom DeSimone, Esq.
Heather McLoughlin, Pretrial Services
Ana-Cecilia Rosado, Interpreter

**PROCEEDINGS:**

Rule 40 Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Waiver of Rule 5
Deft understands waiver and signs it.
Court accepts waiver of identity hearing.
Govt requests detention.
Deft argues for bond.
Deft remanded to custody to be transferred to the WDNY