AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

United States of America

v.

Juan J. Arache, a/k/a "Jon Arbona" a/k/a "J.J."

APPEARANCE

CASE NUMBER: 1-05-m-90 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the above named defendant

I certify that I am admitted to practice in this court.

June 22, 2005
Date

[signature]
Signature

Thomas J. DeSimone
Print Name

2420
Bar Number

735 Smith St
Address

Prov, RI 02908
City State Zip Code

454-1400
Phone Number

454-1402
Fax Number

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.