**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **MISC. No. 1:05-M-90A** |
| | : | |
| **JUAN J. ARACHE** | : | |
| **a/k/a Jon Arbona** | : | |
| **a/k/a J.J.** | : | |

**ORDER OF REMOVAL**

After a hearing on June 22, 2005 the defendant Juan J. Arache is hereby ordered removed in the custody of the United States Marshal's Service to the United States District Court for the Western District of New York held in Rochester, New York for arraignment on indictment designated Cr.No. 05-6083L in that district.

By this decision this Court expresses no opinion on the question of whether defendant should be detained by the United States District Court in Rochester and this Court recommends a de novo hearing by that court to decide that issue.

PER ORDER,

Deputy Clerk

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court

DATE: 6/24/05

SCANNED