**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**June 29, 2005**
**USA v. Juan J. Arache**

**United States District Court**
**2120 U.S. Courthouse**
**100 State Street**
**Rochester, NY 14614**

**RI Case # 1:05-M-90A**
**Your Docket No. CR05-6083L**

**Enclosed herein please find original/certified copies of the following:**

**[X] Warrant of Arrest**
**[X] Indictment**
**[ ] Financial Affidavit**
**[X] Order appointing counsel**
**[ ] CJA 20 - Appointment of Counsel under CJA**
**[ ] Order setting bail**
**[ ] Appearance Bond**
**[ ] Order setting conditions of release**
**[X] Report of proceedings before U.S. Magistrate Judge/Minute Sheet**
**[ ] Waiver of preliminary hearing**
**[X] Waiver of Identity Hearing/Removal Hearing**
**[ ] Detention Order**
**[X] Commitment to Another District (AO 94)**
**[X] Order of Removal**
**[X] Copy of docket entries from this district**
**[X] Other**

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:**
**Clerk's Office**
**U.S. District Court for the District of Rhode Island**
**John O. Pastore Building, Room 234**
**Two Exchange Terrace**
**Providence, Rhode Island 02903**

**Deputy Clerk**