RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 29, 2005
USA v. Juan J. Arache

RECEIVED
JUL - 5 2005
CLERK USDC WDNY

United States District Court
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614

RI Case # 1:05-M-90A
Your Docket No. CR05-6083L

Enclosed herein please find original/certified copies of the following:

[X] Warrant of Arrest
[X] Indictment
[ ] Financial Affidavit
[X] Order appointing counsel
[ ] CJA 20 - Appointment of Counsel under CJA
[ ] Order setting bail
[ ] Appearance Bond
[ ] Order setting conditions of release
[X] Report of proceedings before U.S. Magistrate Judge/Minute Sheet
[ ] Waiver of preliminary hearing
[X] Waiver of Identity Hearing/Removal Hearing
[ ] Detention Order
[X] Commitment to Another District (AO 94)
[X] Order of Removal
[X] Copy of docket entries from this district
[X] Other

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:
Clerk's Office
U.S. District Court for the District of Rhode Island
John O. Pastore Building, Room 234
Two Exchange Terrace
Providence, Rhode Island 02903

Deputy Clerk